# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KAREN MCCARTHY, <br><br> Plaintiff, <br><br> v. <br><br> ATLANTA MARKET GP, INC. d/b/a CARTERSVILLE MEDICAL CENTER, <br><br> Defendant, | CIVIL ACTION FILE NO: <br><br> 1:21-CV-00825-LMM-LTW <br><br> **JURY TRIAL DEMANDED** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41 (a), Plaintiff hereby gives notice that she voluntarily dismisses this action with prejudice. She will bear her own costs.

Respectfully submitted this 27th day of April, 2021.

**PARKS, CHESIN & WALBERT, P.C.**  /s/ J. Daniel Cole
75 14th Street, 26th Floor   **J. Daniel Cole**
Atlanta, GA 30309    Georgia Bar No. 450675
Telephone: 404-873-8000   Email: dcole@pcwlawfirm.com
Fax: 404-873-8050

*COUNSEL FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 27, 2021, a true and correct copy of the foregoing was served via the Court's electronic filing system on:

Patricia G. Griffith
**Ford & Harrison, LLP**
271 17th Street, NW, Suite 1900
Atlanta, GA 30363
404-888-3831
pgriffith@fordharrison.com

Respectfully submitted this 27th day of April, 2021.

| | |
|---|---|
| **PARKS, CHESIN & WALBERT, P.C.** | /s/ J. Daniel Cole |
| 75 14th Street, 26th Floor | **J. Daniel Cole** |
| Atlanta, GA 30309 | Georgia Bar No. 450675 |
| Telephone: 404-873-8000 | Email: dcole@pcwlawfirm.com |
| Fax: 404-873-8050 | |

*COUNSEL FOR PLAINTIFF*